IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02540-RPM

JODY G. FALLETTA,

    Plaintiff,

v.

COUNTRY PREFERRED INSURANCE
CO., an Illinois corporation,
LESLEY A. SEHRINGER, f/k/a
LESLEY A. KARASOW and
ADAM McDIARMID,

    Defendants.

---

**ORDER GRANTING DEFENDANT COUNTRY PREFERRED INSURANCE COMPANY'S <u>UNOPPOSED</u> MOTION FOR LEAVE TO FILE AMENDED ANSWER**

---

    THIS COURT, having considered *Defendant Country Preferred Insurance Company's <u>Unopposed</u> Motion for Leave to File Amended Answer*, and for good cause shown:

    IT IS HEREBY ORDERED that the Motion is granted.  Defendant's Amended Answer attached to this Motion shall be entered as of the date of this Order.

    Dated this 2nd day of February, 2007.

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch
                            Senior United State District Judge