**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:             February 2, 2007
Courtroom Deputy: Bernique Abiakam
FTR Technician:   Kathy Terasaki

Civil Action No. 06-cv-02540-RPM

JODY F. FALLETTA,                              James A. Cederberg

     Plaintiff,

v.

COUNTRY PREFERRED INSURANCE CO.,               Christine K. Lamb
LESLEY A. SEHRINGER, and                       Barbara R. Blank
ADAM MCDIARMID,                                John E. Taylor

     Defendant.

## COURTROOM MINUTES

**Scheduling Conference**

**2:04 p.m.    Court in session.**

Court reviews proposed scheduling order with counsel.

**ORDERED: Defendant Country Preferred Insurance Company's <u>Unopposed</u> Motion For Leave To File Amended Answer (Filed 2/1/07; Doc. No. 11) is GRANTED.**

Discussion regarding discovery.

**ORDERED: Defendant Country Preferred Insurance Company's Motion To Dismiss Plaintiff's Negligence Claims (Filed 12/22/06; Doc. No. 7) is DENIED.**

Discussion regarding jurisdiction and depositions.

*06-cv-02540-RPM*
*Scheduling Order*
*February 2, 2007*

Discussion regarding dismissal of named individuals.
**ORDERED:   Individually named defendants, Lesley A. Sehringer and Adam McDiarmid, are voluntarily dismissed.**

Discussion regarding the merits of the case.

Discussion regarding expert testimony.

Discussion regarding private mediation.

**ORDERED:   Counsel shall submit a modified Scheduling Order, on or before February 12, 2007.**

**2:32 a.m.     Court in recess.**

Hearing concluded.
Total time in court: 28 minutes