IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02540-RPM

JODY G. FALLETTA,

        Plaintiff,

v.

COUNTRY PREFERRED INSURANCE
CO., an Illinois corporation,

        Defendants.

---

ORDER DENYING STIPULATION FOR DISMISSAL

---

On March 28, 2007, the parties filed a stipulation for dismissal, representing that they have entered into a Settlement Agreement and requesting the Court to dismiss this action and all claims with prejudice but to retain jurisdiction to enforce the terms of the Settlement Agreement. No settlement agreement has been provided to the Court and the Court will not enter an order to enforce an agreement without knowledge of the terms of that agreement. A settlement agreement constitutes a new contract between the parties and its enforcement should be a matter of enforcing a contract in whatever court has appropriate jurisdiction and venue. It is

ORDERED that the stipulation for dismissal is denied.

DATED and DONE this 29th day of March, 2007.

BY THE COURT:

s/Richard P. Matsch

_____

District Court Judge