IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02540-RPM

JODY G. FALLETTA,
        Plaintiff,
v.

COUNTRY PREFERRED INSURANCE
CO., an Illinois corporation,
LESLEY A. SEHRINGER, f/k/a
LESLEY A. KARASOW and
ADAM McDIARMID,
        Defendants.
_____

### ORDER OF DISMISSAL AS TO DEFENDANT
### COUNTRY PREFERRED INSURANCE CO.
_____

THIS MATTER comes before the Court on the *Stipulation for Dismissal* of claims against Country Preferred Insurance Company filed by Plaintiff, Jody G. Falletta.

THE COURT, having reviewed the pleadings and being otherwise fully advised:

HEREBY ORDERS:

1. This lawsuit and all claims and causes of action Plaintiff has brought against Defendant Country Preferred Insurance Company in this lawsuit shall be dismissed, with prejudice, each Party to bear its own costs, expenses and attorneys' fees.

DATED and DONE this 5th day of April, 2007.

BY THE COURT:
s/Richard P. Matsch

_____
District Court Judge